JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -6 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 827

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LONE STAR INDUSTRIES, INC., CONCRETE RAILROAD CROSS TIES LITIGATION

> Metro-North Commuter Railroad Company v. Lone Star Industries, Inc., et al., S.D. New York, C.A. No. 89 Civ. 7181
> CSX Transportation, Inc. v. Lone Star Industries, Inc., et al., D. Maryland, C.A. No. H-89-2005
> National Railroad Passenger Corp. v. Lone Star Industries, Inc., et al., D. Maryland, C.A. No. H-89-3085

TRANSFER ORDER*

This litigation presently consists of three actions pending in two federal districts: two actions in the District of Maryland and one action in the Southern District of New York. All parties to the actions either agree upon the desirability of, or do not oppose, transfer of the New York action to the District of Maryland for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel finds, upon consideration of the papers submitted,[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the first above-captioned action pending in the Southern District of New York be, and the same hereby is, transferred to the District of Maryland and, with the consent of that court, assigned to the Honorable Alexander Harvey, II, for coordinated or consolidated pretrial proceedings with the second and third above-captioned actions already pending there.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Robert H. Schnacke took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).